

FILED
October 17, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:08-cr-449 WBS |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| Cuong The Le, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release _Cuong The Le_ Case _2:08-cr-449 WBS_ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_   Release on Personal Recognizance

    \_   Bail Posted in the Sum of _____

    _X_   Secured bond in the amount of $100,000, secured by property with at least $75,000 in equity.

    \_   Appearance Bond with 10% Deposit

    \_   Appearance Bond secured by Real Property

    \_   Corporate Surety Bail Bond

    _X_   (Other) _Probation conditions/supervision;_

Issued at _Sacramento, CA_ on _10/17/08_   at _11:45 a.m._

By _/s/ Kimberly J. Mueller_
Kimberly J. Mueller,
United States Magistrate Judge